CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 05 2022

JULIA C. DUDLEY, CLERK
BY: /s/ ASlade
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| XCOAL ENERGY & RESOURCES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) 7:22mc00008 |
| v. | ) |
| | ) C.A. No. 1:18-cv-819-LPS |
| BLUESTONE ENERGY SALES | ) |
| CORPORATION, SOUTHERN COAL | ) |
| CORPORATION, and JAMES C. | ) |
| JUSTICE, II, | ) |
| | ) |
| Defendants. | ) |

**CLERK'S CERTIFICATION OF A JUDGMENT**
**TO BE REGISTERED IN ANOTHER DISTRICT**

I certify that the attached Amendment to Judgment (D.I. 195) is a copy of a judgment entered by this Court on September 28, 2021.

I also certify that, by Order of Court dated April 14, 2022 (D.I. 201), it was ordered that there was good cause for the Amendment to Judgment to be registered in another District.

Date: April 29, 2022                          CLERK OF COURT

                                              /s/ signature