

**Daniel C. Garfinkel**
412 562 1837
daniel.garfinkel@bipc.com

Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA 15219-4413
T 412 562 8800
F 412 562 1041

May 4, 2022

**VIA UPS OVERNIGHT MAIL**
Office of the Clerk
United States District Court
Western District of Virginia
210 Franklin Road, SW
Suite 540
Roanoke, VA 24011

Re:   *Xcoal Energy & Resources v. Bluestone Energy Sales Corporation, Southern Coal Corporation, and James C. Justice, II*, United States District Court for the District of Delaware, C.A. No. 1:18-cv-819 (LPS)

Dear Sir/Madam:

Enclosed for registration as a Foreign Judgment, please find a Certified Amendment to Judgment and the Delaware District Court Clerk's Certification of the Amendment to Judgment which were issued in the above-referenced matter. Also enclosed herewith is the appropriate filing fee.

Kindly return a receipt for the filing in the enclosed, self-addressed, postage prepaid envelope.

If you have any questions or concerns, please let me know. Thank you in advance for your assistance.

Very truly yours,

Daniel C. Garfinkel

Enc.

cc:   Brooks H. Spears, Esq. (with enc.)

M-15535-01

BIPC.com